(March 4, 1980)

■ RUBEN COSSETTO, Appellant, v REPUBLIC FINANCIAL SERVICES, INC., et al., Respondents, and VINCENT PIAZZA, Doing Business as VSP INSURANCE SERVICE, et al., Respondents-Appellants.—Judgment, Supreme Court, Bronx County, entered on July 27, 1979, unanimously affirmed, with $75 costs and disbursements payable by plaintiff-appellant to defendants-respondents, and the cross appeal taken by defendant-respondent-appellant Vincent Piazza, doing business as VSP Insurance Service, dismissed, without costs and without disbursements, as said defendant-respondent-appellant is a nonaggrieved party, and the cross appeal taken by defendant-respondent-appellant Cavanaugh & Allesandro, Inc., dismissed as abandoned, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Fein and Markewich, JJ.

■ E. K. CONSTRUCTION CO., INC., Appellant, v BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK (LEHMAN COLLEGE), Respondent.—Order, Supreme Court, New York County, entered on March 9, 1979, unanimously affirmed, for the reasons stated by H. Schwartz, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Fein, Sullivan, Ross and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERENCE HENDERSON, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 9, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Fein, Sullivan, Ross and Bloom, JJ.

■ In the Matter of the Receivership of AMERICAN BANK & TRUST COMPANY. EMPRESAS LINDAS, S. A., et al., Respondents-Appellants; et al., Defendants, and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of American Bank & Trust Company, Appellant.—Judgment, Supreme Court, New York County, entered on August 17, 1979, unanimously affirmed for the reasons stated by Fraiman, J., at Trial Term, without costs and without disbursements. Concur—Sandler, J. P., Sullivan, Lupiano, Silverman and Carro, JJ.

■ INTERNATIONAL CONTRACT FURNISHINGS, INC., Respondent, v RUTH FISHER et al., Defendants, and CHASE MANHATTAN BANK, N. A., Appellant.—Order, Supreme Court, New York County, entered on September 6, 1979, unanimously affirmed for the reasons stated by Klein, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Fein, Ross and Markewich, JJ.